IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. ROSENBERG, | No. C 08-0039 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| MONTEREY COUNTY JAIL, | |
| Respondent. | |

This case was opened when petitioner sent the court a document headed "Instructions to Clerk - Praecipe [?] (Emergency Writ of Habeas Corpus-11/21) with Attachment (3 pages -- 2:07cv02530)." In an effort to protect petitioner's rights, the case was filed as a new habeas case. Petitioner was notified that he had not paid the filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice as opened in error. No fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\rosenberg0039.DSM.wpd