UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY A. ROSENBERG,

          Plaintiff,

  v.

MONTEREY COUNTY JAIL et al,

          Defendant.

_____/

Case Number: CV08-00039 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey A. Rosenberg
#0711234
Monterey County Jail
PO Box 809
Salinas, CA 93902

Dated: February 20, 2008

                    Richard W. Wieking, Clerk
                    By: D. Toland, Deputy Clerk