IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. ROSENBERG,<br><br>    Petitioner,<br><br>  vs.<br><br>MONTEREY COUNTY JAIL,<br><br>    Respondent.<br>_____/ | No. C 08-0039 WHA (PR)<br><br>**JUDGMENT** |

    Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: February   20  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\rosenberg0039.JUD.wpd